IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONNIE TOSH McCOY**                                                                              **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:21-cv-334-TBM-RPM**

**HARRISON COUNTY ADULT
DETENTION CENTER, TROY
PETERSON, Sheriff; JAIL OFFICIALS
A, B, and C;** *and* **NURSES A, B, and C**                                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 29th day of July, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE